# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

147534 & (53)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MICHAEL JAJUAN WILLIAMS,
     Defendant-Appellant.

SC: 147534
COA: 310136
Wayne CC: 11-008692-FC

_____/

On order of the Court, the application for leave to appeal the June 13, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to strike is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



Clerk

h1118